UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-cv-24371-KMM

JANE DOE (C.A.),

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION

The Plaintiff, JANE DOE (C.A.), by and through undersigned counsel and pursuant to this Honorable Court's Order [ECF No. 13], hereby gives notice that the parties have agreed to Elisabeth Rock as the mediator in this case.

    Respectfully submitted,

    LIPCON, MARGULIES
    & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    2800 Ponce de Leon Blvd, Suite 1480
    Coral Gables, Florida 33134
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204

By: */s/ Jacqueline Garcell*
    **JACQUELINE GARCELL**
    Florida Bar No. 104358
    jgarcell@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

- 2 -

is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Jacqueline Garcell*
　　**JACQUELINE GARCELL**

**SERVICE LIST**
*Jane Doe (C.A.) v. NCL (Bahamas) Ltd.*
**Case No. 24-cv-24371-KMM**

| **Jacqueline Garcell, Esq.** | **Todd Sussman, Esq.** |
|---|---|
| jgarcell@lipcon.com | NORWEGIAN CRUISE LINE |
| LIPCON, MARGULIES | 7665 Corporate Center Drive |
| & WINKLEMAN, P.A. | Miami, FL 33126 |
| 2800 Ponce De Leon Blvd, Suite 1480 | Telephone: (305) 436-4653 |
| Coral Gables, Florida 33134 | Facsimile: (305) 468-2132 |
| Telephone No.: (305) 373-3016 | tsussman@nclcorp.com |
| Facsimile No.: (305) 373-6204 | jjara@nclcorp.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |